UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 07 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 18-10435 |
|---|---|
| Plaintiff - Appellee, | |
| v. | D.C. No. 2:12-cr-01263-ROS-1<br>U.S. District Court for Arizona, Phoenix |
| AHMED ALAHMEDALABDALOKLAH, | **MANDATE** |
| Defendant - Appellant. | |

The judgment of this Court, entered August 09, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT